UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAYTON S., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. C18-5853 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE FOR AWARD OF BENEFITS |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The decision of the ALJ is **REVERSED** and the matter is **REMANDED** for an award of benefits; and

(3) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 5th day of December, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER